## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TAMARA BOLEY,

        Plaintiff,

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 12-cv-10996

Judge George C. Steeh
Magistrate Judge Mona K. Majzoub

## ORDER OF REMAND

This matter is before the Court on the parties' Joint Stipulation to Remand pursuant to sentence four of 42 U.S.C. § 405(g), and the Court, being duly advised, now grants the stipulation.

It is hereby ORDERED that Plaintiff's claims be remanded to the Appeals Council for further proceedings and that Plaintiff's pending claims before the Commissioner of Social Security be consolidated.

s/George Caram Steeh
United States District Judge

Dated: November 29, 2012